# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158214

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

STRATEGY AND EXECUTION, INC.,
      Plaintiff/Counterdefendant-
      Appellee,

v

                                          SC: 158214
                                          COA: 337105
                                          Oakland CC: 2015-146756-CK

LXR BIOTECH, LLC,
      Defendant/Counterplaintiff-
      Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 28, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



s0225

Clerk